# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cr. No. 2:25-cr-20203-SHL |
| ) | |
| KEITH FINCHER, ) | |
| ) | |
| Defendant. ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have Keith Fincher, FBI# 908726ND6, now being detained in the Shelby County Jail, appear before Honorable Annie T. Christoff, September 19, 2025, at 1:30am for Initial Appearance and for such other appearances as this Court may direct.

Respectfully submitted this 5th day of September, 2025.

                                                   *s/ Clinton Crosier*
                                                 **Clinton Crosier**
                                                 **Assistant U. S. Attorney**

Upon consideration of the foregoing Application, TYREECE MILLER, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TENNESSEE; SHERIFF STEVE SANDERS, LAUDERDALE COUNTY JAIL, 675 HIGHWAY 51 S., RIPLEY, TENNESSEE 38063.

**YOU ARE HEREBY COMMANDED** to have Keith Fincher, 908726ND6, appear before the Honorable Annie T. Christoff at the date and time aforementioned.

ENTERED this 5th day of September, 2025.

                                                   s/Annie T. Christoff
                                                 **Honorable Annie T. Christoff**
                                                 **United States Magistrate Judge**

"If for some reason this inmate is no longer in your custody and/or has been transferred to another facility please advise the requesting Assistant United States Attorney."