# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cr. No. 2:25-cr-20203-SHL |
| ) | |
| **KEITH FINCHER,** ) | |
| ) | |
| Defendant. ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have Keith Fincher, <u>FBI# 908726ND6</u>, now being detained in the Lauderdale County Jail, appear before <u>Honorable Annie T. Christoff, September 19, 2025, at 1:30am for Initial Appearance</u> and for such other appearances as this Court may direct.

Respectfully submitted this <u>10th</u> day of <u>September 2025.</u>

<i>s/ Clinton Crosier</i><br>
<b>Clinton Crosier</b><br>
<b>Assistant U. S. Attorney</b>

Upon consideration of the foregoing Application, ҭ̕ңѡҭ̕ҥ҉ҭ̕, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TENNESSEE; SHERIFF BRIAN KELLEY, LAUDERDALE COUNTY JAIL, 675 HIGHWAY 51 S., RIPLEY, TENNESSEE 38063.

**YOU ARE HEREBY COMMANDED** to have Keith Fincher, <u>908726ND6</u>, appear before the Honorable Annie T. Christoff at the date and time aforementioned.

ENTERED this <u>10th</u> day of <u>September, 2025</u>.

s/ Charmiane G. Claxton<br><br>
<b>Honorable Charmiane</b><br>
<b>United States Magistrate Judge</b>

"If for some reason this inmate is no longer in your custody and/or has been transferred to another facility please advise the requesting Assistant United States Attorney."