IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. 2:25-CR-20203-SHL |
| | ) | |
| **KEITH FINCHER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## POSITION OF UNITED STATES REGARDING PRESENTENCE REPORT

The United States respectfully provides its position pertaining to the above referenced matter, set for sentencing on March 4, 2026, in accordance with the local rules and § 6A1.2 of the <u>Sentencing Guidelines and Policy Statements</u>.

The United States has received and reviewed the draft Presentence Report (PSR) filed in this case. (ECF No. 34). The United States does not have any objections to the facts or calculations in the report. The United States will confer with opposing counsel and the United States probation office in good faith to resolve any disputed matters. Furthermore, in accordance with Local Rule 32.1(d), the United States anticipates the sentencing hearing to last approximately 1 hour but does not anticipate presenting evidence through more than 1 witness.

                                            Respectfully submitted,

                                            D. MICHAEL DUNAVANT
                                            United States Attorney

                                            <u>/s/ *Clinton Crosier*</u>
                                            Clinton Crosier
                                            Special Assistant United States Attorney
                                            167 N. Main, Suite 800
                                            Memphis, TN  38103
                                            (901)  969-2956

## **CERTIFICATE OF SERVICE**

    I, Clinton Crosier, Special Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing filing was electronically sent to defense counsel through ECF notifications.

    This date: February 20, 2026.

                                                        /s/ *Clinton Crosier*
                                                        Clinton Crosier
                                                        Special Assistant United States Attorney
                                                        167 N. Main, Suite 800
                                                        Memphis, TN  38103
                                                        (901)  969-2956