IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                                 No. 2:25-cr-20203-SHL

KEITH FINCHER,

      Defendant.

---

**DEFENDANT'S OBJECTIONS, CORRECTIONS, AND/OR ADDITIONS TO THE PRESENTENCE REPORT**

---

COMES NOW Defendant, Keith Fincher, by and through his appointed counsel, Presita R. West, pursuant to Federal Rule of Criminal Procedure 32, Local Criminal Rule 32.1, and USSG § 6A1.2(b), and submits the following objections, corrections and/or additions to the presentence report with respect to sentencing in this case.

**I.**     <u>**Defense Counsel Certification**</u>

Undersigned counsel and Mr. Fincher have reviewed the draft Presentence Investigation Report ("draft PSR"). Counsel has communicated the following position to the probation officer and Assistant United States Attorney in the form of a copy of this document.

**II.**     <u>**The Sentencing Hearing**</u>

The sentencing hearing will last approximately one hour.

**III.**     <u>**Sentencing Factors in Dispute**</u>

    **A.**     <u>**Factual Objections**</u>

Mr. Fincher has no factual objections.

**B.      Legal Objections**

Mr. Fincher has no legal objections. Mr. Fincher asks the Court to order a sentence that is reasonable and sufficient but not greater than necessary pursuant to the USC Section 3553(a) factors as will be explained and discussed more fully at the sentencing hearing.

Respectfully submitted,

TYRONE J PAYLOR
FEDERAL DEFENDER

s/ Presita R. West
Assistant Federal Public Defender
200 Jefferson, Suite 200
Memphis, TN 38103
(901) 544-3895

**CERTIFICATE OF SERVICE**

This is to certify that a true copy of the foregoing Objections was forwarded via the Court's electronic filing system to Mr. Clinton Crossier, Assistant U.S. Attorney, 167 N. Main St., Suite 800, Memphis, TN 38103.

This, the 26th day of February 2026.

s/ Presita R. West
Assistant Federal Defender